# DONALD D. DUBOULAY

ATTORNEY AT LAW
401 BROADWAY 25TH FLOOR
NEW YORK, NEW YORK 10013

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ DEC 6 2005 ★

BROOKLYN OFFICE

TELEPHONE (212) 966-3970
FACSIM (917) 878-4869
TELECOPIER (212) 941-7108

* ALTHEA E SEAWOHN
Of Counsel

* ADMITTED IN CONNECTICUT
AND NEW YORK

November 28, 2005

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Patrick Deese
    05 Cr.720(JG)

Granted
So Ordered
s/John Gleeson
USDJ
11-28-05

Dear Judge Gleeson:

I represent Patrick Deese, the defendant in the above captioned case. I write to request a modification of Mr. Deese's bail condition.

Mr. Deese request's permission to travel to Puerto Rico on November 29, 2005 in order to attend the funeral of his step-father, who passed away yesterday evening.

If permitted to travel, Mr. Deese would leave Miami, Florida on November 29, 2005 on an American Airlines flight at 8:30 p.m and would return on December 5, 2005. Mr. Deese would stay with his mother at her house located at 201 Street D A 20, vialle Arriba Heights Carolina, Puerto Rico 00986. Telephone no. (787)762-3249.

Mr. Deese's bail conditions were set on October 12, 2005 as follows: a $250,000 personal recognizance, travel restricted to the Southern District of Florida and the Eastern and Southern District's of New York, the surrender of all travel documents and random house visits. Mr. Deese has fully complied with all of the above.

I have spoken with United States Attorney Robert Capers and he has no objection to this modification. I have been unable however to reach Pre-trial Officer Laura Estevill at this time (305)808-6548.



Respectfully submitted,

Donald D. duBoulay

Cc: AUSA Robert L. Capers
    PTO Laura Estevill