*Judge ~~said to~~*
*① Be sure we have a new date*

**DONALD D. duBOULAY**
ATTORNEY AT LAW
401 BROADWAY 25TH FLOOR
NEW YORK, NEW YORK 10013

TELEPHONE (212) 966-3070
PAGER (917) 878-4369
TELECOPIER (212) 941-7108

* ALTHEA E. SEABORN
Of Counsel

* ADMITTED IN CONNECTICUT
AND NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 13 2006 ★
BROOKLYN OFFICE

*Sentence adjourned to 2/1/06 @ 2PM*

January 19, 2006

The Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Patrick Deese
05 Cr 720 (JG)

s/John Gleeson

Dear Judge Gleeson:

Patrick Deese is scheduled to appear before you tomorrow January 20, 2006 for sentencing in the above referenced case. I write to request a brief adjournment of the sentencing hearing for two reasons.

Mr. Deese resides in Florida and has been unable, for financial reasons to fly to New York for a face to face review with me of his PSR. (I have spoken to him on numerous occasions by telephone concerning certain matters in the report however) and it is my opinion that a more meaningful setting is needed to discuss certain matters.

Second, in an attempt to resolve certain issues, I have reached out to the government, and the government is attempting to resolve the issues in question. I have not as yet received the governments motion pursuant to 18 U.S.S.G. 3553(e) and U.S.S.G 5k1.1. and thus will not have sufficient time to review that with Mr. Deese prior to the sentencing.

I have attempted notify the government of this request, but I have not received a response from the government. I therefore request a two week adjournment of the sentencing hearing in this case

Very truly yours,
Donald D. duBoulay

Cc: Robert Capers AUSA